Steven R. Manchester (State Bar No. 45589)
Attorney at Law
Ten Almaden Blvd., Suite 1250
San Jose, CA 95113
T: 408 293 5400; F: 408 293 5401
Email: smanchester94@gmail.com

Attorney for Defendant, David Michael Miller

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-10-00004 JF PVT |
| Plaintiff, | [PROPOSED] ORDER, STIPULATION, AND DECLARATION OF STEVEN R. MANCHESTER IN SUPPORT OF REQUEST FOR CONTINUANCE OF SENTENCING DATE |
| vs. | |
| .DAVID MICHAEL MILLER | |
| Defendant. | |

I.   DECLARATION

I, Steven R. Manchester, declare:

I am counsel of record for the defendant, David Miller (Miller). If called as a witness, I could competently testify to the following.

Miller is currently scheduled for sentencing on April 28, 2010 at 9 a.m. before the Honorable Jeremy Fogel. He plead guilty to three felony counts involving the possession and distribution of child pornography. That plea was entered at his first appearance before Judge Fogel, and there have been no continuances in this matter.

The undersigned is in the process of preparing a sentencing memorandum which, in view of the potential term of incarceration, is a complex and time consuming endeavor. The undersigned is unable to obtain all of the materials necessary to prepare a memorandum before the April 28, 2010 sentencing date.

1

The undersigned explained his need for more time to Assistant United States Attorney Thomas O'Connell who is assigned to the prosecution of this matter. Mr. O'Connell and the undersigned agreed to a new date for sentencing of June 9, 2010 or any time thereafter at the convenience of the court.

I delclare under penalty of perjury that the foregoing is true and correct. Signed this nineteenth day of April 2010 at San Jose, California.

_____/s/_____
Steven R. Manchester

II.   STIPULATION

For the reasons set forth in the Declaration of Steven R. Manchester, thee parties agree that the date for sentencing in this matter be continued from April 28, 2010 to June 9, 2010 or any time thereafter at the convenience of the court.

Dated: April 19, 2010                      _____/s/_____
                                           Assistant U.S. Attorney Thomas O'Connell

Dated: April 19, 2010                      _____/s/_____
                                           Steven R. Manchester

III.   ORDER

The parties having stipulated thereto, and good cause appearing therefore, it is HEREBY ORDERED that the date for sentencing in the above captioned matter be continued from April 28, 2010 to June 10, 2010 at 9 a.m.

Dated: 4/27/10                             _____/s/_____
                                           Jeremy Fogel, District Court Judge

2